782 A.2d 416

IN THE MATTER OF THOMAS BENITZ, AN ATTORNEY AT LAW

October 19, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its report in DRB 00–346, recommending that **THOMAS BENITZ** of **MIDDLESEX**, who was admitted to the bar of this State in 1975, and who thereafter was suspended from the practice of law by Orders of this Court filed January 11, 2000, and December 6, 2000, and who remains suspended at this time, be disbarred for violation of *RPC* 1.1(a) (gross neglect), *RPC* 1.15 (knowing misappropriation of client funds), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And **THOMAS BENITZ** having failed to appear on the return date of the Order to Show Cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **THOMAS BENITZ** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial Institution maintained by THOMAS BENITZ pursuant to *Rule* 1:21–6, which were restrained from disbursement by Order of the Court filed January 11, 2000, shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending further Order of the Court; and it is further

ORDERED that **THOMAS BENITZ** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.